YUN KYU YOOK; Sun Ju Yook;
Ju Sun Yook; Ju Hyung
Yook, Petitioners,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 06–72321.

United States Court of Appeals,
Ninth Circuit.

Submitted July 29, 2009.*

Filed July 31, 2009.

Alex C. Park, Esquire, Santa Clara, CA,
for Petitioners.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

Ada Elsie Bosque, Trial, OIL, U.S. De-
partment of Justice, Washington, DC,
Ronald E. LeFevre, Office of the District
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: WALLACE, LEAVY, and
HAWKINS, Circuit Judges.

MEMORANDUM **

Yun Kyu Yook and her three children,
natives and citizens of South Korea, peti-
tion for review of the Board of Immigra-
tion Appeals' orders dismissing their ap-
peals from an immigration judge's order of
removal. We have jurisdiction pursuant to
8 U.S.C. § 1252, and we deny the petition.

We reject petitioners' contention that
the government failed to establish remova-
bility by clear and convincing evidence,
because petitioners conceded removability.
*See Shin v. Mukasey,* 547 F.3d 1019, 1024
(9th Cir.2008).

We also reject petitioners' contention
that the government should be equitably
estopped from ordering their removal. Al-
though a government employee, Leland
Sustaire, issued petitioners' fraudulent
alien registration cards, the record shows
Yun Kyu Yook was not "ignorant of the
true facts" when she procured the cards,
*see id.* at 1025, and "[i]n any event, estop-
pel against the government is unavailable
where petitioners have not lost any rights
to which they were entitled." *Sulit v.
Schiltgen,* 213 F.3d 449, 454 (9th Cir.2000).

Finally, we find no defects amounting to
a due process violation. *See Shin,* 547

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

F.3d at 1024–25; *Hong v. Mukasey*, 518 F.3d 1030, 1035–36 (9th Cir.2008).

PETITION FOR REVIEW DENIED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.